JUDGE RAKOFF

# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## -V-

## *DEFENDANT*

FILED
U.S. DISTRICT COURT
2019 DEC -3 PM 2:24
S.D. OF N.Y.

DOCKET NUMBER: **19 CV 11077**

DATE FILED: DEC 0 3 2019

SIGNED BY: JUDGE MARRERO

DATE SIGNED: NOV 27 2019

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ COMPLAINT / PETITION ONLY

_____ OTHER DOCUMENTS / EXHIBITS